# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NIKA W. HARRISON | * | |
|     PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO.07-551-JJB-CN |
| | * | |
| ASSET ACCEPTANCE, LLC | * | |
| | * | |
|     DEFENDANT | * | |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Nika W. Harrison, plaintiff herein, who moves to dismiss this action with prejudice.

          s/Garth J. Ridge
          **GARTH J. RIDGE**
          Attorney for Plaintiff
          Bar Roll Number: 20589
          251 Florida Street, Suite 301
          Baton Rouge, Louisiana 70801
          Telephone Number: (225) 343-0700
          Facsimile Number: (225) 343-7700
          E-mail: GarthRidge@aol.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| NIKA W. HARRISON | * | |
|     PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO.07-551-JJB-CN |
| | * | |
| ASSET ACCEPTANCE, LLC | * | |
| | * | |
|     DEFENDANT | * | |

## **ORDER**

THE FOREGOING MOTION CONSIDERED, it is hereby ordered that this action is dismissed with prejudice.

Baton Rouge, Louisiana this ___ day of _____, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT