IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
M[...] LA

2008 JAN -4 P 2: 20

| | | |
|---|---|---|
| NIKA W. HARRISON | * | |
|     PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO.07-551-JJB-CN |
| | * | |
| ASSET ACCEPTANCE, LLC | * | |
| | * | |
|     DEFENDANT | * | |

## ORDER

THE FOREGOING MOTION CONSIDERED, it is hereby ordered that this action is dismissed with prejudice.

Baton Rouge, Louisiana this 4th day of January, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
JAMES J. BRADY